## YOUNG *v.* GRUNDY.

———

THIS was an appeal from an *interlocutory decree* of the circuit court of the district of Columbia, *dissolving an injunction*.

*E. J. Lee*, for the appellant.

The decree dissolves the injunction *with costs;* which is a final decree as to the costs. 2 *Wash.* 200. *Davenport* v. *Mason.*

The material facts of the bill are not denied nor admitted by the answer; they are, therefore, to be taken as true. The court below must, therefore, have proceeded on the ground that the original equity between the maker and payee of the note did affect the endorsee.

MARSHALL, Ch. J. If the answer neither admits nor denies the allegations of the bill, they must be proved upon the final hearing. Upon a question of dissolution of an injunction they are to be taken to be true.

But the court has no doubt upon the question.

*No writ of error or appeal lies to an interlocutory decree dissolving an injunction.*
*If the answer neither admits nor denies the allegations of the bill, they must be proved on the final hearing; but upon a question of dissolution of an injunction they are to be taken to be true.*

No appeal or writ of error will lie to an interlocutory decree dissolving an injunction.

*Writ of error dismissed with costs.*